Case 1:24-cv-00366-JLT-EPG   Document 18   Filed 09/16/24   Page 1 of 2

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORMA CARDENAS, | Case No.: 1:24-cv-0366 JLT EPG |
| Plaintiff, | ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TERMINATING PLANTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Docs. 13, 17) |
| Defendant. | ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF NORMA CARDENAS AND AGAINST DEFENDANT COMMISSIONER OF SOCIAL SECURITY |

Norma Cardenas and the Commissioner of Social Security stipulated to a voluntary remand of Plaintiff's application for benefits pursuant to sentence four of 42 U.S.C. § 405(g).  (Doc. 17.) Pursuant to the stipulation of the parties, an administrative law judge shall "re-evaluate the evidence of record" and issue a new decision.  (*Id.* at 1.)  In addition, the parties agree the final decision of the Commissioner is reversed, and judgment should be entered in favor of Plaintiff and against the Commissioner.  (*Id.*)

Based upon the terms of the stipulation, the Court **ORDERS**:

1.     The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

2.     Plaintiff's motion for summary judgment (Doc. 13) is terminated as **MOOT**.

1

3.     The Clerk of Court is directed to enter judgment in favor of Plaintiff Norma Cardenas and against Defendant, the Commissioner of Social Security.

IT IS SO ORDERED.

Dated:    **September 16, 2024**

UNITED STATES DISTRICT JUDGE

2