# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA CARDENAS,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 1:24-cv-0366 JLT EPG<br><br>ORDER GRANTING THE JOINT MOTION AND AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 20) |

Norma Cardenas and Martin O'Malley, the Commissioner of Social Security, jointly move for Plaintiff to be awarded fees and expenses in the amount of $5,797.49 pursuant to the Equal Access to Justice Act. (Doc. 20 at 2.) Thus, it is undisputed Plaintiff is entitled to an award of fees under the EAJA, in the amount requested. Accordingly, the Court **ORDERS**:

1. The joint motion for the award of fees (Doc. 20) is **GRANTED**.
2. Subject to the terms of the parties' joint motion and stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $5,797.49 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:   **October 16, 2024**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE